**Dismissed and Memorandum Opinion filed October 20, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00184-CV

**FRANK MILLER, Appellant**

**V.**

**ASCENTIUM CAPITAL, LLC, Appellee**

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2012-75466**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 18, 2014. The clerk's record was filed April 28, 2015. No reporter's record or brief was filed.

On August 25, 2015, this court issued an order stating that unless appellant filed a brief on or before September 24, 2015, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.